

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Fernandeo Lopez Rivera,             * From the 22nd District
                                         Court of Hays County,
                                         Trial Court No. 11-0795.

Vs. No. 11-12-00192-CR          * July 24, 2014

The State of Texas,               * Memorandum Opinion by Wright, C.J.
                                         (Panel consists of: Wright, C.J.,
                                         Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.